IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
EL DORADO DIVISION

JAMES EARL SMITH                                                                        PLAINTIFF

VS.                         Civil No. 06-CV-1034 (Lead)
                            Civil No. 06-CV-1036 (Member)
                            Civil No. 06-CV-1045 (Member)

SHERIFF CALVIN KNIGHTON;
CAPTAIN VICTOR REYNOLDS;
and LT. DELANEY                                                                         DEFENDANTS

## ORDER

Now on this 28th day of August, 2007, comes on for consideration the proposed findings and recommendations filed herein on August 10, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the court finds that the defendants' motion for summary judgment (Doc. 19) should be and is hereby granted. Therefore the consolidated cases are dismissed with prejudice.

IT IS SO ORDERED.

/s/ *Harry F. Barnes*
**HARRY F. BARNES**
**U.S. DISTRICT JUDGE**